tending to vary or contradict the terms of the release under seal given by plaintiff to defendant was improperly received and constituted reversible error, and that the finding of the jury that an oral contract was made by the defendant with the plaintiff different from that expressed in the release itself is contrary to and against the weight of the evidence. SPRING and KRUSE, JJ., concur on the first ground stated only.

CAROLAN et al., Respondents, v. BRACKEN, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Patrick M. Carolan and others against Thomas Bracken. T. Bracken, in pro. per. J. L. Clare, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

CARPENTER v. KLEIN. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Joseph N. Carpenter against Josephine Klein. No opinion. Motion denied, with $10 costs. Order filed.

CARR, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Emma Carr against Frank B. Carr. J. F. Carrington, for appellant. A. Goldfarb, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARROLL, Respondent, v. HALLETT et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by John Carroll against John W. B. Hallett and others, as trustees, etc. No opinion. Judgment affirmed, with costs.

CARTER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Lulu A. Carter against the Brooklyn Heights Railroad Company. J. Delehanty, for appellant. D. A. Marsh, for respondent. PER CURIAM. Order affirmed, with costs and disbursements. Order filed. PATTERSON, P. J., and LAUGHLIN, J., dissent.

CASTAGNA, Appellant, v. LAWLESS et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Marco Castagna against Robert P. Lawless and others. L. E. Warren, for appellant. F. V. Johnson, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

CASTAGNA v. LAWLESS. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Teresa Castagna against Robert P. Lawless. No opinion. Motion denied, on terms stated in order. Order filed.

CENTRAL FISH CO., Respondent, v. UNION FISH Co., Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by the Central Fish Company against the Union Fish Company. A. H. Sarasohn, for appellant. F. H. Field, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CITY CLUB OF AUBURN, Appellant, v. McGEER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by the City Club of Auburn against John A. McGeer. No opinion. Judgment and order affirmed, with costs.

CITY OF NEW YORK, Respondent, v. ASSURANCE CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by the city of New York against the Assurance Company of America. S. S. Monken, for appellant. D. Rumsey, for respondent. No opinion. Motion granted, and question certified. Order filed. See, also, 113 N. Y. Supp. 419.

CITY OF NEW YORK, Respondent, v. FOWLER, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by the city of New York against Frederick P. Fowler. H. L. Brant, for appellant. T. Connoly, for respondent. No opinion. Order modified, by requiring as a condition of discontinuance the payment of all costs in the action to be taxed, and, as modified, affirmed, with $10 costs and disbursements to appellant. Settle order on notice.

CITY OF ROCHESTER, Respondent, v. MACAULEY-FIEN MILLING CO.. Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by the city of Rochester against the Macauley-Fien Milling Company. No opinion. Judgment affirmed, with costs.

CITY OF ROCHESTER, Respondent, v. MACAULEY-FIEN MILLING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by the city of Rochester against the Macauley-Fien Milling Company. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to Court of Appeals granted.

CLEMENT, Excise Com'r, Respondent, v. CURTIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by Maynard N. Clement, as state excise commissioner, against Bernard W. Curtis and another. No opinion. Judgment and order confirmed, with costs.

CLEMENT, Excise Com'r, Respondent, v. FEDERAL UNION SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Maynard N. Clement, as excise commissioner, against the Federal Union Surety Company.